Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :          1:06-md-1789 (JFK)
                                                    :
----------------------------------------------------x
*This Document Relates to:*                         :          **NOTICE OF APPEARANCE**
Stacey Hall                                         :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-03504-JFK                          :
----------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of

record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: May 14, 2008
     New York, New York          Respectfully submitted,


By: _____/s/_____
    Paul F. Strain


    Venable LLP
    Two Hopkins Plaza
    1800 Mercantile Bank & Trust Bldg
    Baltimore, MD 21201
    (410)-244-7717
    Fax: (410)-244-7742
    Email: pfstrain@venable.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

_____/s/_____

Paul F. Strain

Venable LLP
Two Hopkins Plaza
1800 Mercantile Bank & Trust Bldg
Baltimore, MD 21201
(410)-244-7717
Fax: (410)-244-7742
Email: pfstrain@venable.com